**FILED**
MAR 1 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>Elizabeth GONZALEZ,<br><br>           Defendant. | Magistrate Case No.: '09 MJ 8387<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 13, 2009, within the Southern District of California, defendant Elizabeth GONZALEZ did knowingly and intentionally import approximately 27.78 kilograms (61.12 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
SPECIAL AGENT
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MARCH, 2009.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
     v.
   Elizabeth GONZALEZ

### STATEMENT OF PROBABLE CAUSE

I, Special Agent Stewart Harvey, declare under penalty of perjury, the following is true and correct:

On March 13, 2009, at approximately 1920 hours, Elizabeth GONZALEZ applied for entry into the United States at the Calexico, California West Port of Entry. GONZALEZ was the driver and sole occupant of a 2007 Honda Civic bearing California license plate 6FIX132.

Customs and Border Protection, Canine Enforcement Officer (CEO) Pyburn was conducting a pre-primary operation with his Narcotic Detector Dog (NDD), "Slate." CEO Pyburn's NDD alerted and responded to the rear passenger quarter panel of the vehicle driven by GONZALEZ. CEO Pyburn then notified Primary Customs and Border Protection Officer (CBPO) Medina of the positive alert.

Primary CBPO Medina received a negative Customs declaration from GONZALEZ. CBPO Medina asked GONZALEZ where she was going. GONZALEZ stated she was going home to Calexico, California. GONZALEZ further stated she was at the dentist in Mexicali, Baja California, Mexico. CBPO Medina subsequently escorted GONZALEZ and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Medina escorted GONZALEZ to the vehicle secondary office.

Upon further inspection of the vehicle, CBPO Medina discovered fifteen (15) packages containing a green leafy substance, which field-tested positive for marijuana. A total of 27.78 kilograms (61.12 pounds) of marijuana was concealed in the rear quarter panels of the vehicle.

GONZALEZ admitted knowledge to the marijuana found in her vehicle. GONZALEZ stated she was going to be paid $1,500 dollars to smuggle marijuana into the United States.

GONZALEZ was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. GONZALEZ was then transported to the San Luis Detention Facility for processing.

Executed on 03/15/09 @ 0940 hours.

Stewart Harvey, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of __1__ page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 03/13/09 in violation of 21 U.S.C. §§ 952 & 960.

Peter C. Lewis
United States Magistrate Judge

3-15-09 @ 2:45 pm
Date/Time